## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:08-cr-134-DBH |
| | ) | |
| HORACIO UFFRE, JR., | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE

The motion for reduction or modification of sentence is **DENIED** for the reasons set forth in my Order of November 3, 2011.

**SO ORDERED.**

**DATED THIS 21ST DAY OF NOVEMBER, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**